No. 86–6072.  DUNLAP v. BESHEAR, ATTORNEY GENERAL OF KENTUCKY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–6073.  ALBERTO v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 86–6075.  HELLER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 86–6077.  KUCHER v. MADERIOS ET AL.  C. A. 1st Cir. Certiorari denied.

No. 86–6078.  LEAL v. DAHLBERG, SUPERINTENDENT, OHIO STATE REFORMATORY.  C. A. 6th Cir.  Certiorari denied.

No. 86–6079.  AKBAR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–6080.  JAFREE v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–6081.  LITTLE v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 86–6083.  BUITRAGO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 86–6084.  LEWIS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–6086.  HARDNETT v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 86–6088.  WRIGHT v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 86–6089.  MAHONEY v. SOUTH DAKOTA.  Sup. Ct. S. D. Certiorari denied.

No. 86–6091.  OLIVER v. BUNNELL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 86–6095.  SHEFFY v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.